AO 245D (Rev. 09/19) Judgment in a Criminal Case for Revocations
Sheet 1

United States District Court
Southern District of Texas
**ENTERED**
March 23, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT

**SOUTHERN DISTRICT OF TEXAS**
Holding Session in McAllen

UNITED STATES OF AMERICA
**v.**
**ALVARO SALINAS, JR.**

## JUDGMENT IN A CRIMINAL CASE

(For **Revocation** of Probation or Supervised Release)

**CASE NUMBER: 2:18CR00201-001**
**USM NUMBER: 42906-279**

Oscar Alvarez, AFPD
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) #1A, #1C, #2, #3, and #4 of the term of supervision.
☒ was found in violation of condition(s) #1B after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1A. | LAW VIOLATION: Possession of a controlled substance in penalty group 1, in violation of Texas Health and Safety Code § 481.115(d) and simple possession, in violation of 21 USC § 844. | 08/27/2021 |
| 1B. | LAW VIOLATION: Aggravated assault, in violation of Texas Penal Code § 22.02(a)(1)(2)(b). | 09/18/2021 |

☒ See Additional Violations

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) ______________ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-9280
Defendant's Date of Birth: XX/XX/1980

City and State of Defendant's Residence:
Edinburg, Texas

February 24, 2022
Date of Imposition of Judgment

Signature of Judge

**MICAELA ALVAREZ**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

March 22, 2022
Date

DEFENDANT: **ALVARO SALINAS, JR.**
CASE NUMBER: **2:18CR00201-001**

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1C | LAW VIOLATION: Theft, under $100, in violation of Texas Penal Code 31.03(a)(e)(1). | 09/29/2021 |
| 2. | Illegal possession and unlawful use of a controlled substance, to wit: cocaine and amphetamines. | 08/30/2021 |
| 3. | Associating with convicted felon or person engaged in criminal activity. | 09/29/2021 |
| 4. | Failure to participate as directed in a drug/alcohol treatment program. | 09/14/2021 |

☐ See Additional Violations

DEFENDANT: **ALVARO SALINAS, JR.**
CASE NUMBER: **2:18CR00201-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 18 months.
The Court further recommends that the imprisonment term imposed run concurrent with any pending State matters.

☐ See Additional Imprisonment Terms.

☒ The court makes the following recommendations to the Bureau of Prisons:
That the defendant be placed in an institution where he can receive drug and/or alcohol abuse treatment and/or counseling.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at ________________ on ____________________________
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ before 2 p.m. on ___________________
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

______________________________________________________________

______________________________________________________________

______________________________________________________________

Defendant delivered on ____________________________ to ________________________________

at ___________________________ , with a certified copy of this judgment.

____________________________________________
UNITED STATES MARSHAL

By ____________________________________________
DEPUTY UNITED STATES MARSHAL