United States District Court
Southern District of Texas
**ENTERED**
May 03, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CRIM. ACTION NO. 2-18-cr-00201 |
| | § | |
| ALVARO SALINAS, JR., | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Court now considers Defendant's letter motion requesting help obtaining paperwork showing that this Court recommended that his term of imprisonment run concurrent with any pending state matters.[1] The Court notes that it only made a recommendation and did not bind the state court to that recommendation.[2] Nonetheless the Court hereby **GRANTS** Defendant's motion and **ORDERS** the Clerk of Court to provide Defendant with a copy of the Judgement for Revocation in this matter.[3]

IT IS SO ORDERED.

DONE at McAllen, Texas, this 3rd day of May 2024.

Micaela Alvarez
Senior United States District Judge

[1] Dkt. No. 74.
[2] Dkt. No. 73 at 3.
[3] *Id.*